**FILED**
OCT 15 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERTO GUEVARRA-SANCHEZ, ) <br> ) <br> Defendant. ) | Case No.: 10 CR 3051-GT <br><br> **ORDER** |

The Court finds that:

1. The Defendant is in custody;

2. Both defense counsel and government counsel are requesting a brief continuance on this case;

3. The brief continuance is for the purpose of facilitating the completion of Presentence Report ordered by this court;

4. All prior conditions of pretrial detention, will remain in full force and effect;

5. The Court further finds that time is excludable under the Speedy Trial Act until the Acceptance of Plea;

IT IS THEREFOR ORDERED that Defendant ROBERTO GUEVARRA-SANCHEZ sentencing hearing be continued from November 23, 2010 at 9:00 a.m. to January 4, 2011 at 9:00 a.m.

Dated: 10/15/10

HON. GORDON THOMPSON, JR.
United States District Court Judge