UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

10CR3051-GT



## ORDER

The Court finds that:

1. The Defendant is in custody;

2. Both defense counsel and government counsel are requesting a brief continuance on this case;

3. The brief continuance is for defense counsel to review sentencing issues with his client and provide the court with a sentencing memorandum;

4. All prior conditions of pretrial detention, will remain in full force and effect;

5. The Court further finds that time is excludable under the Speedy Trial Act until the Acceptance of Plea;

IT IS THEREFOR ORDERED that Defendant ROBERTO GUEVARRA-SANCHEZ sentencing hearing be continued from February 10, 2011 at 9:00 a.m. to March 14, 2011 at 9:00 a.m.

Dated: 2-9-11

HON. GORDON THOMPSON, JR.
United States District Court Judge